# United States District Court
# For The Western District of North Carolina
# Asheville Division

JOSEPH CARROLL JONES,

    Petitioner,

vs.

USA,

    Respondent.

JUDGMENT IN A CIVIL CASE

1:11-cv-17
(1:08-cr-88)

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/11/2011 Memorandum and Order.

Signed: August 11, 2011

Frank G. Johns, Clerk
United States District Court